

✍ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :

      - v -                              :      NOTICE OF INTENT TO
                                                 <u>FILE AN INFORMATION</u>
BAHRAM MAGHAZEHE,                    :
    a/k/a "Ben Maghazehe,"
    a/k/a "Benjamin Maghazehe,":

                                                 :

        Defendant.               :

- - - - - - - - - - - - - - - x   **08 CRIM 427**

        Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
        April 11, 2008

                 MICHAEL J. GARCIA
                 United States Attorney

By:  _____
                 Christopher Lavigne
                 Assistant United States Attorney

                 AGREED AND CONSENTED TO:

By:  _____
                 Patrick Egan, Esq.
                 Attorney for Bahram Maghazehe

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08