UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :   **WAIVER OF INDICTMENT**

    - v -                          :   __ Cr. ___

BAHRAM MAGHAZEHE,                   :   08 CRIM 427
    a/k/a "Benjamin Maghazehe,"
    a/k/a "Ben Maghazehe,"          :

        Defendant.              :

- - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 371; being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: May 14, 2008
      New York, New York

0202



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 4 2008