

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                              **ORDER**

           -against-                                 08 **CR.** 427(RMB)

BAHRAM MAGHAZEHE,

                      Defendant.
-------------------------------------------------------------X

       WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on May 14, 2008;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

       IT IS HEREBY ORDERED that BAHRAM MAGHAZEHE's guilty plea is accepted.


Dated: New York, New York
       May 20, 2008

                                                               **RICHARD M. BERMAN, U.S.D.J.**