

**Fox Rothschild** LLP
ATTORNEYS AT LAW

2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
Tel 215.299.2000 Fax 215.299.2150
www.foxrothschild.com

Patrick J. Egan
Direct Dial: (215) 299-2825
Email Address: pegan@foxrothschild.com



August 26, 2008

**MEMO ENDORSED**
p.2

**VIA FEDERAL EXPRESS**

The Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re:   United States of America v. Bahram Maghazehe
      a/k/a "Ben Maghazehe" a/ka/ "Benjamin Maghazehe"
      08 Cr. 427 (RMB)

Dear Judge Berman:

This letter is to request a brief continuance of the sentencing in the above- referenced matter which is presently scheduled on September 11, 2008. This request is made in order to prepare and complete the defendant's sentencing memorandum and accompanying exhibits. We are in the process of obtaining medical information as well as character information from Mr. Maghazehe's co-workers and employer. I have had an extremely full caseload including a grand jury investigation that required my presence in Boise, Idaho last week, as well as three other matters in early September; two sentencing hearings in the Eastern District of Pennsylvania and a matter in the Southern District of Ohio. Accordingly, I have not had sufficient time to fully prepare the defendant's sentencing memorandum and documentation for the Court.

It had been my intention to seek an additional seven to ten days, however I have spoken to Christopher LaVigne, counsel for the government, and although he does not object to this request he has a trial in another district which will make him unavailable from September 19 through October 24, 2008. Accordingly, I respectfully request that Your Honor continue this matter to a date after October 24, 2008.


Fox Rothschild LLP
ATTORNEYS AT LAW

The Honorable Richard M. Berman
August 26, 2008
Page 2


I apologize for any inconvenience this request may cause the Court. Your Honor's time and consideration in this matter are greatly appreciated.

Respectfully,

Patrick J. Egan

PJE:ajd

cc:   Christopher LaVigne, AUSA

---

Sentencing is adjourned to 10-28-08 at 2:30 p.m. Defense submission is due 10-14-08. Government submission is due 10-21-08.

SO ORDERED:
Date: 8-27-08

Richard M. Berman, U.S.D.J.